FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

VIVIAN LONG
Clerk

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 15, 2019

Fabian Perez
TDCJ-ID #03826212
1536 IH 10 East
Fort Stockton, TX 79735

Randall C. Sims
District Attorney
501 South Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-18-00441-CR, 07-18-00442-CR
Trial Court Case Number: 72,134-D, 72,295-D

**Style:** Fabian Perez v. The State of Texas

Dear Mr. Perez and Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Pamela Cook Sirmon (DELIVERED VIA E-MAIL)
Carley Snider (DELIVERED VIA E-MAIL)
Jill Zimmer (DELIVERED VIA E-MAIL)